

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

JUN 2 9 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **RICHARD MARROQUIN,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. B-95-149** |
| | § | |
| **CAMERON COUNTY, ALEX PEREZ, and** | § | |
| **CARLOS TAPIA,** | § | |
| **Defendants.** | § | |

### ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

Before this Court is Plaintiff Richard Marroquin's Motion for Reconsideration. Upon review of the entire file, it is the opinion of this Court that nothing stated therein gives reason for reconsideration. Therefore, the said Motion is hereby DENIED. SO ORDERED.

IT IS FURTHER ORDERED that all other pending Motions are hereby DENIED as MOOT.

SIGNED on this _29th_ day of _June_ 1999 at Brownsville, Texas.

_____
Filemon B. Vela
United States District Judge