IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RICHARD MARROQUIN, § | |
| § | |
| Plaintiff § | |
| § | |
| v. § | Civil Action No. B-95-149 |
| § | |
| CAMERON COUNTY, ALEX PEREZ, § | |
| and CARLOS TAPIA § | |
| § | |
| Defendant § | |

## ORDER

Before this Court is Plaintiff, Richard Marroquin's, Motion Request for Leave to File for All Documents. After considering said Motion, it is the opinion of this Court that said Motion should be and is hereby **DENIED**.

DONE this 13th day of January, 2000 in Brownsville, Texas.

_____
Filemon B. Vela
United States District Judge